UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MAUNU RENAH WILLIAMS,

                Plaintiff,

  v.

JAMES J. STONIER, SUSAN BAUR, SGT. MOSES, SAMUEL WARDLE, WASHINGTON STATE BAR ASSOCIATION, FELICIA CONGALTON, and COMMISSION ON JUDICIAL CONDUCT,

                Defendants.

No. C11-5687 RBL/KLS

ORDER TO SHOW CAUSE

This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  This matter comes before the Court on Petitioner Maunu Renah Williams' filing of an application to proceed *in forma pauperis* (IFP application) and a proposed civil rights complaint.  To file a complaint and initiate legal proceedings, Plaintiff must pay a filing fee of $350.00 or file a complete IFP application.

In support of his IFP application, Plaintiff submitted the IFP application he filed in Case No. C-11-5571 BHS/KLS.  ECF No. 1.  In that case, Plaintiff attempted to file a petition for writ of habeas corpus, but the undersigned has determined that he is incorrectly and prematurely seeking relief in this Court as he is attempting to attack a state court hearing and/or sentencing that occurred less than two months ago and it is clear that he has not yet presented his claims for relief to the Washington Court of Appeals and the Washington State Supreme Court.  In that case, Plaintiff was also given an opportunity to submit a completed IFP application and he failed

ORDER TO SHOW CAUSE  - 1

to do so. The undersigned has recommended that the petition be dismissed. ECF No. 52 in Case No. C11-5571BHS.

In this case, the Clerk advised Plaintiff that his IFP application was incomplete as he had failed to provide a certified copy of his prison trust account statement showing transactions for the past six months. ECF No. 2. Plaintiff states in his IFP application that staff at the Cowlitz County Jail "destroyed a federal court document." ECF No. 1-1. Plaintiff also indicates in his IFP application that he has received social security and insurance payments within the last twelve months. ECF No. 1 at 2. However, he fails to state the amounts received and the amounts he expects he will continue to receive. *Id.*

Based on the information provided, the Court is unable to determine whether Plaintiff is entitled to *informa pauperis* status. The Court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency. See 28 U.S.C. § 1915(a). However, the court has broad discretion in denying an application to proceed *in forma pauperis*. *Weller v. Dickson*, 314 F.2d 598 (9th Cir. 1963), cert. denied, 375 U.S. 845 (1963).

Pursuant to 28 U.S.C. § 1915(a)(2):

> A prisoner seeking to bring a civil action or appeal a judgment in a civil action or proceeding without prepayment of fees or security therefor . . . shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined.

Accordingly, it is **ORDERED:**

(1) Mr. Williams must pay the filing fee of $350.00 or submit a completed application for leave to proceed *in forma pauperis,* including a certified copy of his prison trust account statement **on or before November 18, 2011**. If Mr. Williams cannot obtain a copy of his prison trust account statement from the Cowlitz County Jail, he shall provide the Court with

ORDER TO SHOW CAUSE  - 2

an explanation, setting forth clearly and succinctly what steps he took to obtain the statement and why he was unsuccessful.  Mr. Williams must also provide the Court with the amounts he has received in social security in the last twelve months and the amounts he expects that he will continue to receive.

(2)     Plaintiff's filings (ECF Nos. 8, 13, 16, 18, and 20) are **DENIED without prejudice.**  These filings are premature.  Mr. Williams has not yet paid the filing fee or submitted a completed application IFP application.  **Until he has complied with this Order to Show Cause, Mr. Williams shall stop filing pleadings in this case.**

(3)     The Clerk is directed to send a copy of this Order to Mr. Williams.

DATED   21st   day of October, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER TO SHOW CAUSE - 3