UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAUNU RENAH WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) CASE NO.  C11-5687-RSM-MAT |
| v. | ) |
| | ) |
| JAMES J. STONIER, *et al.*, | ) ORDER GRANTING PLAINTIFF'S |
| | ) MOTION FOR EXTENSION OF TIME |
| Defendants. | ) |
| | ) |

This is a civil rights action filed under 42 U.S.C. § 1983.  This matter comes before the Court at the present time on plaintiff's motion for an extension of the deadline for filing his amended complaint.  The Court, having reviewed plaintiff's motion, does hereby ORDER as follows:

(1)   Plaintiff's motion to extend the deadline for filing his amended complaint (Dkt. No. 62 ) is GRANTED.   Plaintiff is directed to file his amended complaint not later than *May 14, 2012*.  Plaintiff is advised that no further extensions will be granted.   Thus, if plaintiff fails to file his amended complaint by the above date, this Court will recommend that the instant action be dismissed.

(2)   The Clerk is directed to send copies of this Order to plaintiff and to the

ORDER GRANTING PLAINTIFF'S
MOTION FOR EXTENSION OF TIME
PAGE - 1

01 | Honorable Ricardo S. Martinez.

02 | DATED this 12th day of April, 2012.

03

04 | _____
Mary Alice Theiler
05 | United States Magistrate Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER GRANTING PLAINTIFF'S
MOTION FOR EXTENSION OF TIME
PAGE - 2