01
02
03
04
05

06                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  MAUNU RENAH WILLIAMS,

09                  Plaintiff,            Case No.  C11-5687-RSM

        v.
10
                                          ORDER DISMISSING ACTION
11  JAMES J. STONIER, *et al.*,

12                  Defendants.

13

14      The Court, having reviewed plaintiff's civil rights complaint, the Report and

15  Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining

16  record, does hereby find and ORDER:

17      (1)     The Court adopts the Report and Recommendation;

18      (2)     Plaintiff's complaint, and this action, are DISMISSED without prejudice

19  pursuant to 28 U.S.C § 1915(e)(2)(B); and

20      (3)     The Clerk is directed to send copies of this Order to plaintiff and to the

21  Honorable Mary Alice Theiler.

22  / / /

ORDER DISMISSING ACTION
PAGE - 1

01        DATED this 10th day of August 2012.

02

03

04

                                           RICARDO S. MARTINEZ

05                                            UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION
PAGE - 2