01
02
03
04
05

06                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08 MAUNU RENAH WILLIAMS,

09                  Plaintiff,              Case No.  C11-5687-RSM
          v.
10
                                            ORDER DISMISSING ACTION
11 JAMES J. STONIER, *et al.*,

12                  Defendants.

13

14       The Court, having reviewed plaintiff's civil rights complaint, the Report and

15 Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining

16 record, does hereby find and ORDER:

17       (1)    The Court adopts the Report and Recommendation;

18       (2)    Plaintiff's complaint, and this action, are DISMISSED without prejudice

19 pursuant to 28 U.S.C § 1915(e)(2)(B); and

20       (3)    The Clerk is directed to send copies of this Order to plaintiff and to the

21 Honorable Mary Alice Theiler.

22 / / /

ORDER DISMISSING ACTION
PAGE - 1

01   DATED this 10th day of August 2012.

02

03

04                                          _[signature]_
                                            RICARDO S. MARTINEZ
05                                          UNITED STATES DISTRICT JUDGE

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DISMISSING ACTION
PAGE - 2